UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

APR 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

INDICTMENT NO. 6:26-cr-61-REW

V.

18 U.S.C. § 2251(a)

CHARLES RICHARDSON

*   *   *   *   *

THE GRAND JURY CHARGES:

On or about November 26, 2021, in Pulaski County, in the Eastern District of Kentucky, and elsewhere,

**CHARLES RICHARDSON**

did transport a minor male in interstate commerce with the intent that the minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been shipped and transported in interstate and foreign commerce and the visual depiction was actually transported in or affecting interstate commerce, in violation of 18 U.S.C. § 2251(a).

**A TRUE BILL**

██████████████

**FOREPERSON**

_____
**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

_____
**JUSTIN E. BLANKENSHIP**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:**  Not less than 15 years imprisonment and not more than 30 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**PLUS:**  Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, no more than:

> (1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

> (2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

> (3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:**  Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.